IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF DIRECTORS OF THE RAFFAELLO CONDOMINIUM ASSOCIATION,<br><br>      Plaintiff,<br><br>    v.<br><br>201 EAST DELAWARE, LLC; RAFFAELLO MANAGEMENT, LLC and RAFFAELLO HOTEL OPERATIONS, LLC,<br><br>      Defendants. | Case No. 1:15-cv-01558<br><br>Hon. Harry D. Leinenweber |

**STIPULATION AND ORDER TO DISMISS THE
AMENDED COMPLAINT WITHOUT PREJUDICE
AND WITH LEAVE TO REFILE IN STATE COURT**

The Parties, Board of Directors of the Raffaello Condominium Association ("Plaintiff"), and 201 East Delaware, LLC, Raffaello Management, LLC, and Raffaello Hotel Operations, LLC ("Defendants"), submit the following Stipulation and Order to Dismiss the Amended Complaint Without Prejudice and with Leave to Re-File in State Court:

    1.    Plaintiff filed its Complaint on February 19, 2015. The Complaint contained Counts made under the Sherman Antitrust Act (Counts I-II), as well as claims for a Declaratory Judgment (Count III), Breach of Declaration (Count IV), Unjust Enrichment (Count V), Conversion (Count VI), and an Accounting (Count VII).

    3.    On August 11, 2015, the Court granted Defendants' Motion to Dismiss without prejudice and with leave to replead Counts I, II, and III, and denied Defendants' Motion to Dismiss as to Counts IV-VII.

4.     On September 9, 2015, Plaintiff filed an Amended Complaint, reserving, but not repleading Counts I-II (the antitrust claims) for appeal purposes, repleading its claims for Declaratory Judgment (as Counts III, VIII, and IX), and retaining Count IV for Breach of Declaration, Count V for Unjust Enrichment, Count VI for Conversion, and Count VII for an Accounting.

5.     Based on representations and information provided by Defendants' counsel to Plaintiff's counsel on October 1, 2015 regarding the diversity of a Defendant LLC member as it relates to the Court's subject matter jurisdiction based on diversity of citizenship, the Parties hereby agree and the Court hereby orders that the Amended Complaint is dismissed without prejudice for lack of subject matter jurisdiction and with leave for Plaintiff to re-file and re-assert the claims contained in Counts III through IX of the Amended Complaint in state court.  The parties expressly agree that Defendants will not raise res judicata, collateral estoppel, or claim splitting defenses to the refiling of Counts III through IX in state court.

6.     Each party shall bear its own attorneys' fees and costs.

Respectfully Submitted,

| **RAFFAELLO CONDOMINIUM ASSOCIATION** | **201 EAST DELAWARE, LLC, RAFFAELLO MANAGEMENT, LLC, and RAFFAELLO HOTEL OPERATIONS, LLC** |
|---|---|
| By: s/ Kristen E. Hudson_____<br>   One of Its Attorneys | By: /s/ Shelley Smith_____<br>   One of Their Attorneys |
| David J. Bloomberg (ARDC #6302176)<br>Kristen Hudson (ARDC #6281191)<br>Adam Beattie (ARDC #6299064)<br>CHUHAK & TECSON, P.C.<br>30 South Wacker Drive, Suite 2600<br>Chicago, IL 60606<br>(312) 444-9300<br>khudson@chuhak.com | Shelley Smith  (ARDC #6208287)<br>Shorge Sato (ARDC #6278382)<br>Brown, Udell, Pomerantz & Delrahim, Ltd.<br>1332 N. Halsted St., Suite 100<br>Chicago, IL 60642<br>(312) 475-9900<br>ssmith@bupdlaw.com |

Dated: October __, 2015                ENTERED:

                                                                                                       _____
                                                                                                       Hon. Harry D. Leinenweber